# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case: No. 14-cv-11655 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Does 1-15, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to all remaining Defendants identified in Plaintiff's Complaint that have not already been dismissed. This terminates the matter.

DATED: October 15, 2014                                    Respectfully submitted,

                                                           By : s/Paul J. Nicoletti
                                                               Paul Nicoletti  (P-44419)
                                                               NICOLETTI LAW, PLC
                                                               33717 Woodward Avenue, Ste. #433
                                                               Birmingham, MI 48009
                                                               Landline: (248) 203-7800
                                                               eFax: (248) 928-7051
                                                               Email:  pauljnicoletti@gmail.com
                                                               http://www.nicolettilawplc.com

                                                               ATTORNEY FOR PLAINTIFF
                                                               DALLAS BUYERS CLUB, LLC